PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>PHILIP OCHOA,<br><br>             Defendant. | Case No. 1:23-po-00146-SAB<br><br>[Citation #9454457; CA89]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to vacate the trial in Case No. 1:23-po-00146-SAB [Citation #9454457; CA89] against PHILIP OCHOA. Defendant has paid the collateral amount in lieu of trial as advised by the Court on September 28, 2023; therefore the United States moves to vacate the trial.

DATED: November 3, 2023                    Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                                    By:    /s/ *Chan Hee Chu*
                                           CHAN HEE CHU
                                           Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that the trial in Case No. 1:23-po-00146-SAB [Citation #9454457; CA89] against PHILIP OCHOA be vacated.

IT IS SO ORDERED.

Dated: **November 6, 2023**

_____
UNITED STATES MAGISTRATE JUDGE